

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-86,465-01

### EX PARTE BARNEY SAMUEL BRADSHAW, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR13-289 IN THE 4TH DISTRICT COURT FROM RUSK COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of continuous sexual abuse of a child and sentenced to imprisonment for sixty years.

Applicant filed a motion for appointment of habeas counsel in the trial court and made several ineffective assistance of counsel claims. The trial court appointed habeas counsel, who filed a habeas application. The district clerk forwarded the habeas application to this Court in accordance with the habeas statute, but there are no findings from the trial court. We remand this application to the 4th District Court of Rusk County to allow the trial judge to complete an evidentiary

investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: March 22, 2017
Do not publish